IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAREY L. ROSS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:10-CV-401 (MTT) |
| KEVIN MCMICHAEL, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Second Motion for New Trial. (Doc. 70).  For the reasons set forth in the Order denying his First Motion for New Trial (Doc. 69), the Motion is **DENIED**.

**SO ORDERED,** this 15th day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT